**Your Missouri Courts**

Case.net

Search for Cases by: Select Search Method...

Judicial Links | eFiling | Help | Contact Us | Print                    Logon

## 2122-CC09048 - ELIZABETH CLAYPOOL V MICHAEL DIXON ET AL (E-CASE)

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

Sort Date Entries: ● Descending ○ Ascending          Display Options: All Entries

---

**09/15/2021**    **Family Member/Roommate Served**
Document ID - 21-SMOS-2331; Served To - DIXON, MICHAEL; Server - ; Served Date - 14-SEP-21; Served Time - 00:00:00; Service Type - Special Process Server; Reason Description - Served

**Notice of Service**
Notice of Service.
    **Filed By:** STEVEN WILLIAM DUKE
    **On Behalf Of:** ELIZABETH CLAYPOOL

---

**09/07/2021**    **Notice of Service**
Notice of Service.
    **Filed By:** STEVEN WILLIAM DUKE
    **On Behalf Of:** ELIZABETH CLAYPOOL

**Family Member/Roommate Served**
Document ID - 21-SMOS-2332; Served To - DAVIS MAIL SERVICES, INC.; Server - ; Served Date - 24-AUG-21; Served Time - 00:00:00; Service Type - Special Process Server; Reason Description - Served

---

**09/01/2021**    **Jury Trial Scheduled**
    **Scheduled For:** 02/07/2022;  9:00 AM ;  MICHAEL FRANCIS STELZER;  City of St. Louis

---

**08/20/2021**    **Motion Special Process Server**
Request for Appointment of Process Server.
    **Filed By:** STEVEN WILLIAM DUKE
    **On Behalf Of:** ELIZABETH CLAYPOOL

---

**08/16/2021**    **Summ Issd- Circ Pers Serv O/S**
Document ID: 21-SMOS-2332, for DAVIS MAIL SERVICES, INC..

**Summ Issd- Circ Pers Serv O/S**
Document ID: 21-SMOS-2331, for DIXON, MICHAEL.

**Filing Info Sheet eFiling**
    **Filed By:** STEVEN WILLIAM DUKE

**Pet Filed in Circuit Ct**
Petition.
    **Filed By:** STEVEN WILLIAM DUKE
    **On Behalf Of:** ELIZABETH CLAYPOOL

**Judge Assigned**

---

Case.net Version 5.14.24          Return to Top of Page          Released 09/07/2021

EXHIBIT D

Privacy · Terms

**2122-CC09048**

Electronically Filed - City of St. Louis - August 16, 2021 - 02:18 PM

## IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
## STATE OF MISSOURI

| | | |
|---|---|---|
| **ELIZABETH CLAYPOOL**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. _____ |
| | ) | |
| **MICHAEL DIXON**, | ) | Div. No.: _____ |
| <u>Serve</u>: 287 1ˢᵗ Street | ) | |
| Granite City, IL 62040 | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| and | ) | |
| | ) | |
| **DAVIS MAIL SERVICES, INC**. | ) | |
| <u>Serve</u>:  Tony E. Davis | ) | |
| 13464 Grover Road | ) | |
| Jacksonville, FL 32226 | ) | |
| | ) | |
| Defendants. | ) | |

## PETITION

COMES NOW Plaintiff, by and through her undersigned counsel, and for her claims and causes of action against Defendants Michael Dixon and Davis Mail Services, Inc., states:

### Parties and Jurisdiction

1.     At all times relevant herein, Plaintiff Elizabeth Claypool (herein "Claypool" or "Plaintiff") was a resident of the State of Missouri.

2.     At all times relevant herein, Defendant Michael Dixon (herein "Dixon") was a resident of the State of Illinois.

3.     At all times relevant herein, Defendant Davis Mail Services, Inc. ("Davis") was a foreign corporation with its principal place of business in the State of Florida.

4.     At all times relevant herein, Defendant Dixon was an agent and/or employee of Defendant Davis and was acting in the course and scope of his employment with Defendant Davis.

Electronically Filed - City of St. Louis - August 16, 2021 - 02:18 PM

5.     The events described herein occurred on Interstate 64 in the City of St. Louis, Missouri, and therefore jurisdiction and venue are proper.

## Facts Common to All Counts

6.     Plaintiff incorporates all preceding paragraphs of this Petition as if fully plead herein.

7.     On or about July 6, 2020, Plaintiff Elizabeth Claypool was driving eastbound on Interstate 64 in St. Louis, Missouri.

8.     Because of a crash which occurred several cars in front of Plaintiff, Plaintiff had to come to a stop.

9.     At the same time, Defendant Dixon was operating a commercial motor vehicle owned by Defendant Davis along the same stretch of road in the eastbound direction, immediately behind Plaintiff.

10.     Defendant Dixon failed to stop, swerve, or slacken his speed so as to avoid striking the rear of Plaintiff's vehicle.

11.     Defendant Dixon struck the rear of Plaintiff's vehicle, forcing her car forward into the car stopped in front of her.

12.     Plaintiff became injured when her vehicle was struck from behind by Defendant Dixon's vehicle.

## Count I – Negligence of Michael Dixon

13.     Plaintiff incorporates all preceding paragraphs of this Petition as if fully plead herein.

14.     Defendant Dixon, as the driver of a motor vehicle on the roads of the State of Missouri, has a duty to drive his vehicle in a very careful and prudent manner so as not to endanger

Electronically Filed - City of St. Louis - August 16, 2021 - 02:18 PM

the property of another, or the life or limb of any person, and a duty to exercise the highest degree of care.

    15.    Defendant Dixon breached his duty of care in one or more of the following ways:

    a.    He knew, or by the use of the highest degree of care, could have known that there was a reasonable likelihood of collision in time thereafter to have stopped, swerved, slacken his speed, and/or sounded a warning, but failed to do so;

    b.    He failed to keep a careful lookout; and/or

    d.    He drove at an excessive speed.

    16.    As a direct and proximate result of one or more of the foregoing acts or omissions of Defendant Dixon, Plaintiff Elizabeth Claypool sustained severe injuries including, but not limited to, injuries to her back, neck, and shoulder; she has suffered great pain of the mind and body and will continue to suffer great pain of mind and body; she sustained a significant loss of mobility and disability; she has sought and received medical care and attention, and her ability to enjoy the ordinary pursuits of life has been permanently impaired and diminished.

    WHEREFORE, Plaintiff Elizabeth Claypool prays for judgment against Defendant Michael Dixson on Count I of this Petition in an amount in excess of Twenty-Five Thousand Dollars that is fair, just and reasonable under the circumstances, and such other and further Orders that seem just and proper.

## Count II – Respondeat Superior of Davis Mail Services, Inc.

    17.    Plaintiff incorporates all preceding paragraphs of this Petition as if fully plead herein.

    18.    Plaintiff's injuries were caused by the tortious and negligent conduct of Defendant Davis's agent and/or employee, Michael Dixon.

Electronically Filed - City of St. Louis - August 16, 2021 - 02:18 PM

19. Defendant Dixson's tortious and negligent conduct was performed while he was acting in the course and scope of his employment with Defendant Davis.

20. Defendant Dixon, as the driver of a motor vehicle on the roads of the State of Missouri, has a duty to drive his vehicle in a very careful and prudent manner so as not to endanger the property of another, or the life or limb of any person, and a duty to exercise the highest degree of care.

21. Defendant Dixon breached his duty of care in one or more of the following ways:

a. He knew, or by the use of the highest degree of care, could have known that there was a reasonable likelihood of collision in time thereafter to have stopped, swerved, slacken his speed, and/or sounded a warning, but failed to do so;

b. He failed to keep a careful lookout; and/or

d. He drove at an excessive speed.

22. As a direct and proximate result of one or more of the foregoing acts or omissions of Defendant Dixson while acting in the course and scope of his employment with Defendant Davis, Plaintiff Elizabeth Claypool sustained severe injuries including, but not limited to, injuries to her back, neck, and shoulder; she has suffered great pain of the mind and body and will continue to suffer great pain of mind and body; she sustained a significant loss of mobility and disability; she has sought and received medical care and attention, and her ability to enjoy the ordinary pursuits of life has been permanently impaired and diminished.

WHEREFORE, Plaintiff Elizabeth Claypool prays for judgment against Defendant Davis Mail Services on Count II of this Petition in an amount in excess of Twenty-Five Thousand Dollars that is fair, just and reasonable under the circumstances, and such other and further Orders that seem just and proper.

Electronically Filed - City of St. Louis - August 16, 2021 - 02:18 PM

Dated: August 16, 2021                        Respectfully submitted,

KEANE LAW LLC

By: /s/  Steve Duke_____
Ryan A. Keane, # 62112
Steven Duke, # 68034
7777 Bonhomme Ave, Ste 1600
St. Louis, MO 63105
Ph: (314) 391-4700
Fx: (314) 244-3778
ryan@keanelawllc.com
steve@keanelawllc.com

*Attorneys for Plaintiff*



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number:  2122-CC09048 | Special Process Server 1<br>D DAHLBERG |
|---|---|---|
| Plaintiff/Petitioner:<br>ELIZABETH CLAYPOOL | Plaintiff's/Petitioner's Attorney/Address:<br>STEVEN WILLIAM DUKE<br>7777 BONHOMME AVE<br>SUITE 1600<br>ST LOUIS, MO  63105 | Special Process Server 2<br>R TAYLOR |
| | | Special Process Server 3 |
| vs. | | |
| Defendant/Respondent:<br>MICHAEL DIXON | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | (Date File Stamp) |
| Nature of Suit:<br>CC Pers Injury-Vehicular | | |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

| The State of Missouri to: | MICHAEL DIXON<br>Alias: |
|---|---|

**287 1ST STREET**
**GRANITE CITY, IL  62040**

**SPECIAL PROCESS SERVER**

*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**August 25, 2021**

_____
Date

_Thomas Kloeppinger_
_____
Clerk

Further Information:

## Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by:  (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   ☐ other: _____.

Served at _____ (address)

in _____County, _____ (state), on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                   Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).
I am: (check one) ☐ the clerk of the court of which affiant is an officer.
☐ the judge of the court of which affiant is an officer.
☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
☐ authorized to administer oaths.  (use for court-appointed server)

*(Seal)*

_____
Signature and Title

| Service Fees | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Mileage | $_____ | (_____miles @ $ _____ per mile) |
| **Total** | $_____ | |

**See the following page for directions to officer making return on service of summons.**

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number:  2122-CC09048 | Special Process<br>Server 1<br>D DAHLBERG |
|---|---|---|
| Plaintiff/Petitioner:<br>ELIZABETH CLAYPOOL | Plaintiff's/Petitioner's Attorney/Address:<br>STEVEN WILLIAM DUKE<br>7777 BONHOMME AVE<br>SUITE 1600<br>ST LOUIS, MO  63105 | Special Process<br>Server 2<br>R TAYLOR |
| vs. | | |
| Defendant/Respondent:<br>MICHAEL DIXON | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | (Date File Stamp) |
| Nature of Suit:<br>CC Pers Injury-Vehicular | | |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

| The State of Missouri to:   DAVIS MAIL SERVICES, INC. |
|---|

**Alias:**

TONY E DAVIS
13464 GROVER ROAD
JACKSONVILLE, FL  32226

**SPECIAL PROCESS SERVER**

**COURT SEAL OF**

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**August 25, 2021**

_____
Date

_____
Clerk

Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by:  (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   ☐ other: _____.

Served at _____ (address)

in _____County, _____ (state), on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).
I am: (check one)  ☐ the clerk of the court of which affiant is an officer.
☐ the judge of the court of which affiant is an officer.
☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
☐ authorized to administer oaths.  (use for court-appointed server)

*(Seal)*

_____
Signature and Title

| Service Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____  (_____miles @ $ _____ per mile) |
| **Total** | $_____ |

**See the following page for directions to officer making return on service of summons.**

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.

Electronically Filed - City of St. Louis - September 07, 2021 - 01:57 PM



**IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI**

| Judge or Division: MICHAEL FRANCIS STELZER | Case Number:  2122-CC09048 | Special Process Server 1 D DAHLBERG |
|---|---|---|
| Plaintiff/Petitioner: ELIZABETH CLAYPOOL | Plaintiff's/Petitioner's Attorney/Address: STEVEN WILLIAM DUKE 7777 BONHOMME AVE SUITE 1600 ST LOUIS, MO  63105 | Special Process Server 2 R TAYLOR |
| vs. | | |
| Defendant/Respondent: MICHAEL DIXON | Court Address: CIVIL COURTS BUILDING 10 N TUCKER BLVD SAINT LOUIS, MO  63101 | (Date File Stamp) |
| Nature of Suit: CC Pers Injury-Vehicular | | |

### Summons for Personal Service Outside the State of Missouri
#### (Except Attachment Action)

| The State of Missouri to:   DAVIS MAIL SERVICES, INC. | |
|---|---|
| Alias: TONY E DAVIS 13464 GROVER ROAD JACKSONVILLE, FL  32226 | **SPECIAL PROCESS SERVER** |

*COURT SEAL OF*

*CIRCUIT COURT OF MISSOURI*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**August 25, 2021**
_____
Date

*T. Thomas Kloeppinger*
_____
Clerk

Further Information:
_____

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _a process Server_ of _Duval_ County, _Florida_ (state).
3. I have served the above summons by:  (check one)
   - [ ] delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   - [x] leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _Patsy Davis_, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   - [ ] (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   - [ ] other:_____

Served at _13464 Grover Road, Jacksonville_ (address)
in _Duval_ County, _Florida_ (state), on _8/24/2021_ (date) at _5:40 pm_ (time).

_Ronald E Taylor_                    _Ronald E Taylor_
Printed Name of Sheriff or Server    Signature of Sheriff or Server

Subscribed and sworn to before me this _30th_ (day) _August_ (month) _2021_ (year).

I am: (check one)
- [ ] the clerk of the court of which affiant is an officer.
- [ ] the judge of the court of which affiant is an officer.
- [x] authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
- [ ] authorized to administer oaths. (use for court-appointed server)

*(Seal)*

_Ellesha Marie Morgan_
Signature and Title

**ELLESHA MARIE MORGAN**
**MY COMMISSION # HH 088556**
**EXPIRES: February 3, 2025**
**Bonded Thru Notary Public Underwriters**

Electronically Filed - City of St. Louis - September 07, 2021 - 01:57 PM

| Service Fees | | |
|---|---|---|
| Summons | $ | 35.00 |
| Non Est | $ | |
| Mileage | $ | |
| Total | $ | 35.00 |

( _____ miles @ $ _____ per mile)

See the following page for directions to officer making return on service of summons.

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.

Rules 54.06, 54.07, 54.14, 54.20;
506.500, 506.510 RSMo

Electronically Filed - City of St. Louis - September 07, 2021 - 01:57 PM

## RETURN OF SERVICE

**State of Missouri**             **County of Saint Louis**             **22nd Judicial Circuit Court**

Case Number: 2122-CC09048

PETITIONER:
**ELIZABETH CLAYPOOL,**

vs.

RESPONDENT:
**MICHAEL DIXON,**

For:
STEVE DUKE
KEANE LAW, LLC
7777 BONHOMME AVENUE
SUITE 1600
ST. LOUIS, MO 63105

Received by RTI ETC on the 25th day of August, 2021 at 4:30 pm to be served on **DAVIS MAIL SERVICE, INC. C/O TONY E. DAVIS, 13464 GROVER ROAD, JACKSONVILLE, DUVAL County, FL 32226**

I, RONALD E TAYLOR, do hereby affirm that on the **26th day of August, 2021** at **5:40 pm, I:**

**SUBSTITUTED** service by delivering a true copy of the **SUMMONS AND PETITION** with the date and hour of service endorsed thereon by me, to: **PATSY DAVIS** as **MEMBER OF HOUSEHOLD/CO-RESIDENT/SPOUSE** at the address of: **13464 GROVER ROAD, JACKSONVILLE, DUVAL County, FL 32226**, the within named person's usual place of **Work**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action and I am a duly appointed Special Process Server in good standing, pursuant to Florida Statue 48.021 (2).

*Ronald E Taylor*
_____
**RONALD E TAYLOR**
License #35

**RTI ETC**
**P.O. Box 600253**
**St. Johns, FL 32260**
**(904) 524-8189**

Our Job Serial Number: RET-2021003112

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2b



**IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI**

Electronically Filed - City of St. Louis - September 15, 2021 - 11:30 AM

| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number:  2122-CC09048 | Special Process Server 1<br>D DAHLBERG |
| --- | --- | --- |
| Plaintiff/Petitioner:<br>ELIZABETH CLAYPOOL | Plaintiff's/Petitioner's Attorney/Address:<br>STEVEN WILLIAM DUKE<br>7777 BONHOMME AVE<br>SUITE 1600<br>ST LOUIS, MO  63105 | Special Process Server 2<br>R TAYLOR |
| vs. | | Special Process Server 3 |
| Defendant/Respondent:<br>MICHAEL DIXON | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | (Date File Stamp) |
| Nature of Suit:<br>CC Pers Injury-Vehicular | | |

### Summons for Personal Service Outside the State of Missouri
#### (Except Attachment Action)

The State of Missouri to:  **MICHAEL DIXON**
**Alias:**

287 1ST STREET
GRANITE CITY, IL  62040

*COURT SEAL OF*

CIRCUIT COURT OF MISSOURI

*CITY OF ST LOUIS*

| SPECIAL PROCESS SERVER |
| --- |

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**August 25, 2021**

_____   *Thomas Kloeppinger*
Date                                          Clerk

Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is ~~Special Process Server~~ of ~~St. Louis City~~ ~~County~~, ~~Missouri~~ (state).
3. I have served the above summons by:  (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   ☑ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with ~~Sherry Green~~, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
   _____ (name) _____ (title).
   ☐ other: _____.

Served at ~~286 West 1st Street, Granite City~~ (address)
in ~~Madison~~ County, ~~Illinois~~ (state), on ~~September 14 2021~~ (date) at ~~3:03 p.m.~~ (time).

_____            ~~A. Dahlberg~~
                                                              ~~(Dennis Dahlberg~~
Printed Name of Sheriff or Server              Signature of ~~Sheriff or Server~~ Process Server, ps363

Subscribed and sworn to before me this ~~14th~~ (day) ~~September~~ (month) ~~2021~~ (year).
I am: (check one) ☐ the clerk of the court of which affiant is an officer.

| **MARY E. DAHLBERG**<br>NOTARY PUBLIC - NOTARY SEAL<br>STATE OF MISSOURI - ST. LOUIS COUNTY<br>COMMISSION NUMBER: 12383723<br>MY COMMISSION EXPIRES: JUNE 4, 2024 |
| --- |

☐ the judge of the court of which affiant is an officer.
☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
☐ authorized to administer oaths. (use for court-appointed server)

*Mary E. Dahlberg, Notary Public*
Signature and Title

| Service Fees | |
| --- | --- |
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____  (_____ miles @ $_____ per mile) |
| **Total** | $_____ |

OSCA (07-18) SM60 (SMOS) *For Court Use Only*: Document ID# 21-SMOS-2331          1 of 2  **(2122-CC09048)**          Rules 54.06, 54.07, 54.14, 54.20;<br>506.500, 506.510 RSMo

Electronically Filed - City of St. Louis - September 15, 2021 - 11:30 AM

# **AFFIDAVIT OF SERVICE**

**COMES NOW**, Dennis Dahlberg and states that on September 14, 2021 he did serve a

Summons For Personal Service Outside The State Of Missouri; and Petition in re: Cause Number

2122-CC09048, Twenty-Second Judicial Circuit, City Of St. Louis, Missouri on Michael Dixon

by leaving a true copy as furnished by the Court for the within named Defendant at his usual

place of abode at 286 West 1st Street, Granite City, Illinois 62040 at 3:03 p.m. o'clock by leaving

a copy of the documents with Sherry Green, co-habitant and co-resident, via hand delivery.

Dennis Dahlberg

Special Process Server, ps 363
22nd Judicial Circuit Court
City of St. Louis, Missouri

Listed and subscribed before me this Fourteenth of September 2021.

Notary Public

MARY E. DAHLBERG
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI - ST. LOUIS COUNTY
COMMISSION NUMBER: 12383723
MY COMMISSION EXPIRES: JUNE 4, 2024